

FILED

JUL 1 3 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 07-21466-C-7
)
EVELYN R. SANTIAGO ) MC No. MDE-1
)
)
)
            Debtor. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY NOT INTENDED FOR
PUBLICATION**

These findings of fact and conclusions of law, which are not intended for publication, are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334.  This is a core proceeding.  28 U.S.C. § 157(b)(2)(G).

Findings of Fact

Debtor filed her voluntary chapter 7 petition on March

1  5, 2007. She scheduled real property commonly known as 7853
2  Sayonara Drive, Citrus Heights, CA 95610 ("property") as
3  property of the estate. The first meeting of creditors was
4  held on April 12, 2007. The chapter 7 trustee has not yet
5  filed a report. Debtor was discharged from all dischargeable
6  debts on June 19, 2007.

On June 12, 2007, America's Servicing Company, et al. ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to foreclose upon the property. The fair market value of the property is approximately $510,000.00. Movant has a lien on the property in the approximate amount of $461,293.99. There are other liens against the property in the approximate amount of $72,000.00.

The trustee filed a Notice of Non-Opposition to the motion on June 20, 2007, stating he had no opposition to the relief requested.

The parties have consented to taking evidence by affidavit and have not demonstrated that there is any disputed material factual issue that would warrant an evidentiary hearing. See L. Bankr. R. 9014-1(f)(1). The evidentiary record is closed. Id.

Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

## Conclusions of Law

The automatic stay of acts against debtor in personam

expires when the debtor is granted a discharge. 11 U.S.C. § 362(c)(2)(C). Acts against property of the estate remain stayed until the earliest of the time when the bankruptcy case is closed, dismissed, or the property ceases to be property of the estate. 11 U.S.C. § 362(c). The automatic stay may be terminated earlier if debtor fails to protect the secured party's interest adequately, § 362(d)(1), and, with respect to a stay of an act against property, debtor does not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization. 11 U.S.C. § 362(d)(2)(B). The issue of whether the property is necessary to an effective reorganization is not considered in a chapter 7 case because no reorganization is contemplated in a chapter 7 case.

Although the debtor does not appear to have any equity in the property, since the debtor was granted a discharge, the automatic stay has expired as to the debtor. Thus, the motion insofar as it is directed at the interest of the debtor is moot and will be denied.

However, the motion will be granted as to the interest of the trustee.

An appropriate order will issue.

Dated: July 13, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Evelyn R. Santiago
223 Tamarisk Drive
Suisun City, CA 94585

Chad M. Johnson, Esq.
25 Cadillac Drive, #200
Sacramento, CA 95825

Mark D. Estle
The Estle Law Firm
12520 High Bluff Drive, Suite 265
San Diego, CA 92130

Prem N. Dhawan
P.O. Box 965
Benicia, CA 94510

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Dated: 7/16/07

_____
Deputy Clerk
R. Lopez